

**ORDERED in the Southern District of Florida on December 1, 2014.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

ISAAC KODSI,                                              Case No. 13-40134-BKC-LMI

Debtor

_____/
BARRY E. MUKAMAL, CHAPTER 7          Adversary No. 14-01830-LMI
TRUSTEE FOR THE ESTATE OF ISAAC
KODSI,

     Plaintiff,
v.

ISAAC KODSI, TERA MENENDEZ KODSI,
and SUSAN GIVEON,

     Defendants.
_____/

### ORDER GRANTING DEFENDANT, ISAAC KODSI'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND ADVERSARY COMPLAINT

THIS CAUSE having come to be considered on Defendant, Isaac Kodsi's Unopposed Motion for Enlargement of Time to Respond to Adversary Complaint (the "Motion"), and the Court, having considered the Motion, being advised of the agreement of the parties, and based on the record, does hereby

ORDER and ADJUDGE that the Unopposed Motion for Enlargement of Time to Respond to Adversary Complaint is **GRANTED.** Defendant, Isaac Kodsi shall up to and including December 18, 2014 to file his response to the Adversary Complaint.

###

**Submitted by:**
Daniel Y. Gielchinsky, Esq.
1177 Kane Concourse, Suite 302
Bay Harbor Islands, Florida 33154

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).