

ORDERED in the Southern District of Florida on February 6, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO.   13-40134BKC-LMI |
| ISAAC KODSI, | |
|             Debtor. | Chapter 7 |
| _____/ | |
| BARRY E. MUKAMAL, Chapter 7 Trustee for the Estate of Isaac Kodsi, | ADV. CASE NO. 14-1830-BKC-LMI |
|             Plaintiff, | |
| vs. | |
| ISAAC KODSI, TERA MENDNEZ KODSI and SUSAN GIVEON, | |
|             Defendants. | |
| _____/ | |

**ORDER SETTING BRIEFING SCHEDULE AND HEARING
ON MOTIONS TO DISMISS**

This matter came before the Court upon Defendant Isaac Kodsi's Motion to Dismiss Second Amended Adversary Complaint (ECF #30) and Defendant Tera Mendnez Kodsi's Motion to Dismiss the Second Amended Adversary Complaint (ECF #31). The Court having determined that it is

ADV. CASE NO.   14-1830-BKC-LMI

appropriate to schedule deadlines in order to expedite and facilitate the hearing upon this matter, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.   The hearing on Defendant Isaac Kodsi's Motion to Dismiss Second Amended Adversary Complaint (ECF #30) and Defendant Tera Mendnez Kodsi's Motion to Dismiss the Second Amended Adversary Complaint (ECF #31) are set for March 18, 2015 at 3:30 p.m. before the Honorable Laurel M. Isicoff, at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 817/Courtroom 8, Miami, Florida 33128.

2.   Should the Plaintiff choose to file a response to the Defendants' Motions to Dismiss (ECF #30, 31), the deadline to do so is twenty-one (21) days from the date of this Order. The response may not exceed thirty (30) pages.

3.   Should the Defendants choose to file a reply to the Plaintiff's response, if any, the deadline to do so is seven (7) days from the date the response is filed.  The reply may not exceed ten (10) pages.

4.   Once the deadline for filing a reply expires, the Court will review the docket and determine if a hearing on the Motion to Dismiss Adversary Proceeding is still necessary. The Court may then cancel the hearing and rule on the pleadings.

###

Copies furnished to:
Howard D. DuBosar, Esq.
Daniel Gielchinsky, Esq.
Dan Gonzalez, Esq.

*Attorney Dubosar shall serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service of same with the Clerk of the Court.*

ADV. CASE NO.   14-1830-BKC-LMI